**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-4417**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

JULIO ALBERTO JIMENEZ-GARCIA,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Liam O'Grady, District Judge. (1:18-cr-00124-LO-1)

Submitted: January 31, 2020                     Decided: February 6, 2020

Before WILKINSON and THACKER, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Geremy C. Kamens, Federal Public Defender, Patrick L. Bryant, OFFICE OF THE FEDERAL PUBLIC DEFENDER, Alexandria, Virginia, for Appellant. Richard Daniel Cooke, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Julio Alberto Jimenez-Garcia appeals the 18-month sentence imposed by the district court following his guilty plea to illegally reentering the United States after deportation or removal, in violation of 8 U.S.C. § 1326(a) (2018). Appellate counsel has filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967), concluding that there are no meritorious grounds for appeal. Counsel questions, however, whether the district court imposed a reasonable sentence. Finding no reversible error, we affirm.

"We review a sentence for reasonableness 'under a deferential abuse-of-discretion standard.'" *United States v. McCoy*, 804 F.3d 349, 351 (4th Cir. 2015) (quoting *Gall v. United States*, 552 U.S. 38, 41 (2007)). The district court specifically addressed each of Jimenez-Garcia's nonfrivolous sentencing arguments, as well as the seriousness of his criminal history and the need for deterrence. Furthermore, the court did not plainly err in imposing a term of supervised release, based on its conclusions that the circumstances of the offense merited special deterrence and protection. Although the court's discussion was brief, "the context of its explanation made [its conclusions] patently obvious." *United States v. Montes-Pineda*, 445 F.3d 375, 381 (4th Cir. 2006); *see United States v. Blue*, 877 F.3d 513, 520-21 (4th Cir. 2017). Accordingly, we conclude that Jimenez-Garcia's sentence is procedurally and substantively reasonable.

In accordance with *Anders*, we have reviewed the entire record in this case and have found no meritorious grounds for appeal. We therefore affirm the district court's judgment. This court requires that counsel inform Jimenez-Garcia, in writing, of the right to petition the Supreme Court of the United States for further review. If Jimenez-Garcia requests that

2

a petition be filed, but counsel believes that such a petition would be frivolous, then counsel may move in this court for leave to withdraw from representation.  Counsel's motion must state that a copy thereof was served on Jimenez-Garcia.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*